IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:10-cv-00505-RLW, Case Name Dick v. Fahey
Party Represented by Applicant: Joseph J. Dick, Jr.

2010 SEP 30 A 11: 57

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) George Haywood Kendall
Bar Identification Number 292664 State Washington, D.C.
Firm Name Squire, Sanders & Dempsey L.L.P.
Firm Phone # 212-872-9800 Direct Dial # 212-872-9834 FAX # 212-872-9815
E-Mail Address gkendall@ssd.com
Office Mailing Address 30 Rockefeller Plaza, 23rd fl. New York, NY 10112

FILED
OCT - 4 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court, USCA - D.C. Circuit, USCA - Fifth Circuit, USCA - Eleventh Circuit, USDC - District of Columbia, USDC - Northern District of Georgia, USDC - Middle District of Georgia, USDC - Middle District of Florida, USDC - Middle District of Alabama

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am not a full-time employee of the United States of America.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                    September 13, 2010
                                               (Date)

Harmony I. Loube                               68379
(Typed or Printed Name)                        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/                                            OCT - 4 2010
Richard L. Williams                            (Date)
United States District Judge