IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH J. DICK, JR.,

    Petitioner,

v.    Civil Action No. 3:10CV505

HELEN FAHEY,

    Respondent.

## ORDER

There appearing a need to reassign this matter because the presiding judge has died, it is hereby ORDERED that the Clerk shall reassign this matter and the two related matters, Civil Action No. 3:09CV769 and Civil Action No. 3:10CV536 to the same United States District Judge, in accordance with the standard reassignment procedures.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

Richmond, VA
Date: MAR 14 2011

/s/ *REP*
Robert E. Payne
Senior United States District Judge