IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JOSEPH J. DICK, JR.,

    Petitioner,

v.                                                    Civil Action No. 3:10CV505

HELEN FAHEY,

    Respondent.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

    1.     Dick's Motion to Stay (Docket No. 2) is GRANTED.

    2.     Dick shall FILE a status report every ninety (90) days and promptly notify the Court upon the conclusion of the state habeas proceedings, and be prepared to file any amended § 2254 petition, in accordance with the Court's instructions, within (30) thirty days of the conclusion of the state court proceedings.

    And it is so Ordered.

Date: 6/14/11
Richmond, Virginia

/s/     
John A. Gibney, Jr.
United States District Judge