AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| JOSEPH J. DICK, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:10cv00505 |
| HELEN FAHEY, CHAIR, VA. PAROLE BOARD | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent, Helen Fahey, Chairperson of the Virginia Parole Board

Date: 12/05/2011

s/ Benjamin H. Katz
*Attorney's signature*

Benjamin H. Katz, Va. State Bar No. 48441
*Printed name and bar number*

Office of the Attorney General
900 E. Main Street
Richmond, VA 23219

*Address*

bkatz@oag.state.va.us
*E-mail address*

(804) 371-0148
*Telephone number*

(804) 371-0151
*FAX number*